IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:01-CR-59-H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| PAUL SCINTO, SR., | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for a writ of error coram nobis. The court hereby orders the United States Attorney to file a response to defendant's motion within 30 days of the filing of this order.

This 24th day of April 2012.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26