IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:01-CR-59-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| PAUL SCINTO, SR., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for a writ of error coram nobis. The government is directed to file a reply to its motion to dismiss within 15 days of the date of filing of this order.

This 16ᵗʰ day of July 2012.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26